UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


WILLIAM NORKUNAS, Individually,
               Plaintiff,

v.                                                      CIVIL ACTION NO.
                                                      10-11949-MBB

BROSSI BROTHERS, L.P., a
Massachusetts Limited Partnership,
               Defendant.


## FINAL JUDGMENT

### JULY 7, 2011

**BOWLER, U.S.M.J.**

       In accordance with the Stipulation for Approval and Entry of Consent Decree and

Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be

**DISMISSED** with prejudice.


                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge